■ ETHEL REISS, Appellant, v. MORRIS REISS, Respondent, et al., Defendant.— Two orders of the Supreme Court, Westchester County, entered March 18, 1971 and June 4, 1971, respectively, and judgment of the same court entered March 25, 1971, affirmed, without costs. No opinion. Appeal from order of the Supreme Court, Westchester County, entered August 6, 1971, dismissed for lack of appealability, without costs. Rabin, P. J., Hopkins, Christ, Brennan and Benjamin, JJ., concur.

■ S. G. MARINO CRANE SERVICE, INC., Respondent, v. ESSEX CRANE RENTAL CORP. et al., Appellants, et al., Defendants.— Resettled order of the Supreme Court, Westchester County, entered March 4, 1971, affirmed. No opinion. Appeal from order of the same court, dated April 15, 1971, dismissed. No appeal lies from an order denying reargument. Respondent is awarded one bill of $10 costs and disbursements to cover both appeals. Rabin, P. J., Hopkins, Christ, Brennan and Benjamin, JJ., concur.